**LAW OFFICE OF FRED GAGLIARDINI**
**Fred Gagliardini, SBN 202781**
1227 California Avenue
Bakersfield, California 93304
(661) 755-5757

Attorneys for Defendant
CRYSTAL FERGUSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br><br>     v.<br><br>CRYSTAL FERGUSON,<br><br>                    Defendant | Case No.: 1:17-CR-00008-LJO-SKO<br><br>JOINT STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE DATE<br><br>COURT: Hon. Sheila K. Oberto |

    Defendant CRYSTAL FERGUSON, through undersigned counsel of record hereby stipulate to continue the **STATUS CONFERENCE** from **February 21, 2017** to **April 3, 2017**.

    <u>Reasons for continuance</u>:     Defense counsel was recently appointed and has not yet received the 15 CD's of discovery related to this case. It is anticipated that this discovery contains audio recordings, written reports, search warrants and returns, as well as other inculpatory information.

    It will take counsel some time to review the discovery, communicate the contents to the defendant, and then prepare for a meaningful status conference.

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE DATE  - 1

<u>Waiver of time</u>:  It is further stipulated and agreed that all time between the date proposed as the new Status Conference data and the new trial date will be excluded from the speedy trial calculations pursuant to the Speedy Trial Act.

So stipulated:

Dated:  February 16, 2017          Law Office of Fred Gagliardini

By: _____/S/_____

Fred Gagliardini, Attorney for FERGUSON

Dated:  February 16, 2017          United States of America

By:_____/S/_____

Brian Delaney, Asst. United States Attorney

## **ORDER**

Based on the Joint Stipulation of the parties and good cause appearing, the Status Conference currently set for February 21, 2017, is continued to April 3, 2017 at 1:00 p.m.

IT IS SO ORDERED.

Dated:   **February 16, 2017**                    /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE