**LAW OFFICE OF FRED GAGLIARDINI**
**Fred Gagliardini, SBN 202781, WSBA 50897**
1227 California Avenue
Bakersfield, California  93304
(661) 755-5757


Attorneys for Defendant
CRYSTAL FERGUSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff<br><br>     v.<br><br>CRYSTAL FERGUSON,<br><br>              Defendant | Case No.:  1:17-CR-00008-LJO-SKO<br><br>JOINT STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE DATE<br><br>COURT: Hon. Sheila K. Oberto |

Defendant CRYSTAL FERGUSON, through undersigned counsel of record hereby stipulate to continue the **STATUS CONFERENCE** from **APRIL 3, 2017** to **JULY 3, 2017**.

Reasons for continuance:    Defense counsel and the Assistant United States Attorney are making progress toward a plea agreement in this case; once a tentative agreement has been reached, it will require counsel meeting with the defendant for final approval.  The defendant presently resides in the State of Nevada.  If we have not resolved the matter by the time of the next status conference, the matter will be set for jury trial.

<u>Waiver of time</u>:  It is further stipulated and agreed that all time between the date proposed as the new Status Conference data and the new trial date will be excluded from the speedy trial calculations pursuant to the Speedy Trial Act.

So stipulated:

Dated:  March 22, 2017				Law Office of Fred Gagliardini


						By:_____/S/_____

						Fred Gagliardini, Attorney for FERGUSON



Dated:  March 23, 2017				United States of America


						By:_____/S/_____

						Brian Delaney, Asst. United States Attorney

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE DATE  - 2

**ORDER**

Based on the Joint Stipulation of the parties, and good cause appearing therefore, IT IS ORDERED that the Status Conference currently set for April 3, 2017, be and hereby is continued to July 3, 2017 at 1:00 p.m.  Should the parties reach an agreement that resolves the case, they shall schedule the matter for a change of plea hearing before United States District Judge Lawrence J. O'Neill. If the parties are unable to reach an agreement that resolves this matter prior to the next status conference date of July 3, 2017, they shall be prepared to select a mutually acceptable trial date at the next status conference.  The delay resulting from the continuance shall be excluded in the interests of justice for the reasons set forth in the parties' Stipulation.

IT IS SO ORDERED.

Dated:   **March 23, 2017**                              /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE