**LAW OFFICE OF FRED GAGLIARDINI**
**Fred Gagliardini, SBN 202781**
1227 California Avenue
Bakersfield, California 93304
(661) 755-5757


Attorney for Defendant
Crystal Ferguson

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:17-CR-00008-001-LJO |
|---|---|
| Plaintiff | STIPULATION AND ORDER FOR EXTENSION OF SELF-SURRENDER DATE |
| v. | COURT: Hon. Lawrence J. O'Neill |
| Crystal Ferguson, | |
| Defendant | |

Ms. Crystal Ferguson, through undersigned counsel, respectfully requests that the Court extend her self-surrender date from November 27, 2017, to January 8, 2018. The reason for the request is that Ms. Crystal Ferguson is mid-semester at college and would like to finish the semester. Recognizing that her present designation is for a Monday, the closest Monday to the end of semester is January 8, 2018, considering Christmas and New Years' both fall on Mondays.

STIPULATION AND ORDER FOR EXTENSION OF SELF-SURRENDER DATE - 1

Government counsel, Brian Delaney, stipulates that Ms. Ferguson's self-surrender date may be continued to January 8, 2018, and that this will permit her to complete the semester and have adequate time to travel to the facility.

Dated: November 9, 2017

Respectfully submitted,

_____/s/_____         _____/s/_____

Brian Delaney                                   Fred Gagliardini
Assistant U.S. Attorney                  Attorney for defendant
Attorney for the United States          Crystal Ferguson

# **ORDER**

Upon consideration of defendant's unopposed Motion to Extend Self-Surrender Date, it is hereby:

ORDERED, that defendant's Motion to Extend Self-Surrender Date is GRANTED; and it is further,

ORDERED, that the defendant, Crystal Ferguson, surrender to the facility designated by the Bureau of Prisons, or to the United States Marshal Service by 2:00 p.m. on the 8th day of January, 2018.

IT IS SO ORDERED.

Dated: **November 9, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE