McGREGOR W. SCOTT
United States Attorney
LAURA JEAN BERGER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>CRYSTAL FERGUSON,<br><br>     Defendant. | CASE NO.  1:17-CR-00008-NONE-SKO<br><br>STIPULATION AND ORDER SETTING FORTH BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO REDUCE SENTENCE  [DOC 23] |

**BACKGROUND**

On May 4, 2020, defendant filed a Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i)  (Doc. 23).  Local Rules 430.1(d) and (e) sets forth a general limit of seven days for any party to file a response in opposition to such motions, and three days for the moving party to file a reply.  However, the parties in this case require additional time to brief and file such pleadings.  In particular, the United States requires additional time to communicate with the Bureau of Prisons regarding the defendant's medical status.

THEREFORE, defendant Crystal Ferguson, by and through her counsel of record Douglas J. Beevers, and plaintiff the United States of America, by and through its counsel of record, Assistant United States Attorney Laura Jean Berger, hereby stipulate and agree to the following briefing schedule and request that the Court enter an order reflecting that schedule:

1. Any supplemental filing by the defendant, who is now represented by counsel, must be filed by May 25, 2020.
2. Any opposition by the United States must be filed on or before June 5, 2020.
3. Any reply by the defendant must be filed on or before June 10, 2020.
4. A hearing on the motion to be held on June 15, 2020.

DATED: May 11, 2020

By: /s/ Douglas J. Beevers
DOUGLAS J. BEEVERS
Attorney for Defendant
Crystal Ferguson

DATED: May 11, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ Laura Jean Berger
LAURA JEAN BERGER
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: **May 12, 2020**

UNITED STATES DISTRICT JUDGE