HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
PATRICK PRIGMORE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CRYSTAL FERGUSON,<br><br>    Defendant. | CASE NO.  1:17-CR-00008-NONE-SKO<br><br>STIPULATION AND ORDER SETTING FORTH BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO REDUCE SENTENCE  [DOC 23] |

**BACKGROUND**

On May 4, 2020, defendant filed a Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i)  (Doc. 23).  Local Rules 430.1(d) and (e) sets forth a general limit of seven days for any party to file a response in opposition to such motions, and three days for the moving party to file a reply.  However, the parties in this case require additional time to brief and file such pleadings.  In particular, the United States requires additional time to communicate with the Bureau of Prisons regarding the defendant's medical status.

THEREFORE, defendant Crystal Ferguson, by and through her counsel of record Douglas J. Beevers, and plaintiff the United States of America, by and through its counsel of record, Assistant United States Attorney Laura Jean Berger, hereby stipulate and agree to the following briefing schedule and request that the Court enter an order reflecting that schedule:

1

1. Any supplemental filing by the defendant, who is now represented by counsel, must be filed by June 3, 2020.
2. Any opposition by the United States must be filed on or before June 12, 2020.
3. Any reply by the defendant must be filed on or before June 15, 2020.
4. A hearing on the motion to be held on June 22, 2020.

DATED: June 2, 2020                                HEATHER WILLIAMS
                                                   Federal Defender

                                       By:    /s/ Douglas J. Beevers
                                               DOUGLAS J. BEEVERS
                                               Attorney for Defendant
                                               Crystal Ferguson


DATED: June 2, 2020                                McGREGOR W. SCOTT
                                                   United States Attorney

                                       By:    /s/ Laura Jean Berger
                                               LAURA JEAN BERGER
                                               Assistant U.S. Attorney


IT IS SO ORDERED.

   Dated:   **June 8, 2020**                    _Dale A. Drozd_
                                               UNITED STATES DISTRICT JUDGE

2