McGREGOR W. SCOTT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>CRYSTAL FERGUSON,<br><br>      Defendant. | CASE NO.  1:17-CR-00008-NONE-SKO<br><br>STIPULATION AND ORDER SETTING FORTH BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO REDUCE SENTENCE  [DOC 23] |

## BACKGROUND

On May 4, 2020, the defendant filed a Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i)  (Doc. 23).  Local Rules 430.1(d) and (e) sets forth a general limit of seven days for any party to file a response in opposition to such motions, and three days for the moving party to file a reply.  This Court previously granted orders at the request of the parties to allow for further research. (*See* Doc. 28; Doc. 31.)  Counsel for the defendant filed a supplement to the defendant's motion on June 3.  (Doc. 29.)  However, the United States on June 5 learned, and shared with counsel on the same day, that the Bureau of Prisons is currently processing the defendant for release on Home Confinement, and that her projected release date is June 26, 2020.  The parties seek to conserve judicial resources and postpone additional filings and the hearing in this case until after June 26 so that

the parties can determine if the defendant is released on that date. Should she be released, her counsel intends to withdraw the motion as moot.

THEREFORE, defendant Crystal Ferguson, by and through her counsel of record Douglas J. Beevers, and plaintiff the United States of America, by and through its counsel of record Assistant United States Attorney Laura Jean Berger, hereby stipulate and agree to the following briefing schedule and request that the Court enter an order reflecting that schedule:

1. Any opposition by the United States to the defendant's motion and supplement must be filed on or before July 1, 2020.
2. Any reply by the defendant must be filed on or before July 8, 2020.
3. A hearing on the motion to be held on July 10, 2020.

DATED: June 10, 2020

By: /s/ Douglas J. Beevers
DOUGLAS J. BEEVERS
Attorney for Defendant
Crystal Ferguson

DATED: June 10, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ Laura Jean Berger
LAURA JEAN BERGER
Assistant United States Attorney

IT IS SO ORDERED.

Dated:  **June 10, 2020**

UNITED STATES DISTRICT JUDGE