McGREGOR W. SCOTT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>          v.<br><br>CRYSTAL FERUSON,<br><br>                     Defendant. | 1:17-CR-00008-NONE-SKO<br><br>ORDER GRANTING EXTENSION OF TIME |

Having reviewed the government's motion for an extension of time in this case and in light of the non-opposition of defendant, the court finds good cause for the litigation schedule in this matter to be modified as follows: the government's answer to the defendant's motion shall be due July 22, 2020; defendant's reply, if any, shall be due July 29, 2020; and a hearing on the motion shall be calendared for July 31, 2020.

IT IS SO ORDERED.

Dated:   **July 1, 2020**                              _____
                                                                      UNITED STATES DISTRICT JUDGE

ORDER GRANTING EXTENSION OF TIME