UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL FERGUSON,<br><br>Defendant. | Case No.: 1:17-cr-00008 JLT<br><br>ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>(Doc. 44) |

Crystal Ferguson moves the Court for an order terminating her supervised release early after having completed 28 of the ordered 48 months. For the nearly two years before that, Ms. Ferguson was being supervised by the Bureau of Prisons on the Federal Location Monitoring program. Throughout this time, Ms. Ferguson has performed well. For the reasons set forth below, the motion is **GRANTED**.

**I.  Background**

In 2017, Ms. Ferguson was convicted of with conspiracy to distribute to distribute with the intent to distribute cocaine, in violation of 21 U.S.C. 841(a)(1). (Docs. 13, 14) On October 17, 2017, the Court sentenced her to 60 months in custody and 48 months of supervised release. Docs. 19, 20) Ms. Ferguson was committed to the custody of the Bureau of Prisons and on July 16, 2020, during the COVID-19 pandemic—the BOP released her to Federal Location Monitoring.  In short, she was released from prison, under the watchful eye of the BOP.

1

While released from custody and while on supervised release, she earned an AA degree in Sociology at Taft Community College and is currently enrolled at CUS, Bakersfield where she is pursuing a degree in psychology. (Doc. 44) She anticipates obtaining her Bachelor of Science degree at the end of this year. *Id*. Ms. Ferguson reports that she is committed to continuing her education and plans to obtain a master's degree in social work/human service. *Id*. Ms. Ferguson expects that she will be better able to get a job if she is not on supervision. *Id*.

**II. Analysis**

The Court acknowledges its discretion to terminate supervision early in this case. In considering the motion, the Court notes first that the underlying offense was a serious offense. In sentencing her, however, the court imposed the mandatory minimum term of custody.

Ms. Ferguson has complied with the terms of supervised release, she and took full advantage of the opportunity being on FLM provided her. Her probation officer supports early termination of her supervised release, and the government does not oppose it. (Doc. 47) In the Court's view, Ms. Ferguson has demonstrated her commitment to being a valued member of our community. For these reasons, and after considering all of the § 3583(e)(1) factors, the motion for early termination of supervised release is **GRANTED**.

IT IS SO ORDERED.

Dated:   **May 24, 2024**

UNITED STATES DISTRICT JUDGE

2